UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EARL DELMAR PIGG**　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #155511**

v.　　　　　　　　No. 5:16CV00212 JLH-JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Corrections**　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order entered this day, the Petition for Writ of Habeas Corpus, *Doc. 2*, filed by Earl Delmar Pigg is dismissed with prejudice.

IT IS SO ORDERED this 5th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE